Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Tampa__ Division

2020 OCT 23  AM 11: 37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

LaQuiesha Bryant & Jeremi Witcherd SR.
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

State attorney, Guardian ad litem, CPI
Caregiver     *Defendant(s)* Lutheran Services
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:20 cv 2478 T 02 AEP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: LaQuiesha Bryant / Jeremi Witcherd SR.
   Street Address: 907 14th Ave NW
   City and County: Clearwater, Pinellas
   State and Zip Code: Florida 33756
   Telephone Number: 727 509 4705 / 727 336-7845
   E-mail Address: Shayb1473@gmail.com / King8lekalle@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Andrew Crippen
- Job or Title (if known): State attorney
- Street Address: (14250)-14250 49th St North
- City and County: Clearwater, Pinellas
- State and Zip Code: Florida 33770
- Telephone Number: 727-464-6221 (6221)
- E-mail Address (if known):

Defendant No. 2
- Name: Vicki Reuter
- Job or Title (if known): Guardian ad litem
- Street Address: 14250 49th St N Suite 4000
- City and County: Clearwater, Pinellas
- State and Zip Code: Florida 33762
- Telephone Number: 727 269 8152
- E-mail Address (if known):

Defendant No. 3
- Name: Child Protective Investigators Donna Kay, Samantha Hudson
- Job or Title (if known): CPIT - trainees (Casey Heathcoate)
- Street Address: 8550 Ulmerton Road
- City and County: Largo, Pinellas
- State and Zip Code: Florida 33771
- Telephone Number: 727 582 6200 / 727 582 3800
- E-mail Address (if known): www.pcsoweb.com

Defendant No. 4
- Name: Ashley Barnett / Lutheran family service
- Job or Title (if known): Case management
- Street Address: 8550 Ulmerton Rd Suite 130
- City and County: Largo, Pinellas
- State and Zip Code: Fl 33771
- Telephone Number: 727 456-0600 / 727 226 9706
- E-mail Address (if known): abarnett@clofl.lsfnet.org

Defendant no 5: Priscilla Witcherd
Care giver
3879 12th Aves
St. Petersburg, Pinellas
Fl 33711          727 550 6898

Page 2 of 5

Defendant no 6    Saundra Samuel
                                            Caregiver
                                            731 15th St S #F105
                                            St. Petersburg, Pinellas
                                            Fl   33705
                                            727 655 7406

Defendant no 7    Melinda Hawkins
                                            Casemanagement Eckerd Connects
                                            8550 Ulmerton rd #130
                                            Largo, Pinellas
                                            Fl   33711
                                            727 249-8899
                                            727 456-0600

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Mine (LB) and father (JW) 4th and 14th amendment rights were violated when our 6 minor children (4 at the time) were unlawfully removed with no warrant and we were misrepresented by council as well as defamed and slandered and our rights were unlawfully terminated on false allegations of abandonment. Caregiver was purposely withholding visits.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Laquiesha Bryant / Jeremi Witcherd, SR, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Priscilla Witcherd / Saundra Samuel, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

③ perjured herself on stand
④ puts our 4 minor children
KW 5   KW 4   JW 2   JW 5 months
in harms way daily
⑤ Violated our 4th and 14th amendment rights

Saundra Samuel Caregiver and Maternal Grandmother:

① Does not protect my 2 minor children KG 12 and DP 10.
② My minor children have been harmed and abused in her care and nothing has been done
③ violated my 4th and 14th amendment rights
④ withheld court ordered visits and contributed to the delinquency of minors.

⑥ Does not follow up on claims made by minor children K.G. and D.P.
⑦ Violated our 4th and 14th amendment rights

Melinda Hawkins Case management By way of Eckerd connects alternatives:
① perjured herself on the stand
② did not facilitate visits when caregivers PW and SS unlawfully withheld visitation from myself (LB) and father (JW)
③ Did not keep Minor children out of harms way. Placed them with unfit caregiver against My (LB) and JW's wishes
④ Withheld vital information in my (LB) and father (JW)" Case plan compliance when she left our case.
⑤ Violated our 4th and 14th amendment rights.

Prisalla Witcherd Caregiver and Paternal Grandmother:
① unlawfully withheld visitation of our minor children.
② falsified documents

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) State attorney / Child protection investigation, Lutheran family services / Guardian ad litem, is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): Our 4th and 14th amendment rights were violated as well as our 6 minor children all of which were removed unlawfully causing emotional distress and hindrance of nurturing from a 2 parent household. Also 2 of the older minors were injured and put on psychotropic medication without our consent.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

State attorney Andrew Crippen:
① Perjured himself and past case manager on the stand
② had my newborn daughter removed from me when my case plan was completed
③ Kept my minor children in places that are detrimental to their health.
④ badgered myself on stand at trial oct. N⁺
⑤ conspired with caregiver and Guardian ad litem to unlawfully remove children
⑥ Violated our 4th and 14th amendment rights.

Vicki reuter Guardian ad litem volunteer:
① Perjured herself on stand
② Falsified documents
③ Conspired with caregiver PW to withhold visits
④ Denied receiving money from me to care for my 6 children

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Our children were unlawfully removed from our care may 22nd 2018 and we are asking that they be returned to us in the care of the 2 parent home they removed from. The alleged wrongs are still continuing because we are still being withheld from our children whom we haven't physically seen since Dec, 24, 2019. We are asking that our rights are reinstated

III. Statement of Claim (continuation)

Vicki Reuter Guardian ad litem:
① had myself and father (JW) sign releases for information she said she never received
② Set up meetings between myself and father (JW) and badgered father as well as harassed.
⑦ Violated our 4th and 14th amendment rights.
⑧ allowed minor children KG and DP to smoke and watch material not suitable for minors and did not remove children

Samantha Hudson CPI Investigator
① Unlawfully removed 4 minor children from our care without a warrant or probable cause for imminent danger
② Conducted Home study of house, had no findings of abuse or neglect and she still unlawfully removed my children violating our 4th and 14th amendment rights.

Donna Kay CPI Investigator
① Misinformed me of decisions regarding my newborn who delivered via Csection and was in NICU for 16 days.
② Allowed CPIT Casey Heathcoate to remove newborn daughter even though she was to come home
③ Violated our 4th and 14th amendment rights

CPIT Casey Heathcoate:
① Unlawfully removed my newborn daughter from my care after she performed walk through home study and I was well prepared for newborn daughter.
② Perjured herself on stand and defamed and slandered father (JW)
③ Violated our 4th and 14th amendment rights

Ashley Barnett case management by way of Lutheran family services:
① Doesn't adhere to her mission statement as per Lutheran family services.
② Does not keep our minor children out of harms way
③ Perjured herself on the stand in our TPR trial.
④ Does not verify any source of information we provide to her
⑤ Does not enforce visitation ordered by the Judge KT and allows caregivers PW and SS to unlawfully withhold visits and slandered and defamed JW on the stand myself as well

as parents because they were wrongfully terminated on Oct 1st 2020 on grounds of abandonment which is false allegation because visits were withheld by MH case management, AB case management, VR guardian ad litem, PW and SS care givers. Myself (LB) and father (JW) has lost countless jobs, homes, automobiles and suffered extreme emotional as well as physical distress, as I suffered a heart attack in July of this year as the result of stress from the unlawful removal of our newborn daughter from our care. Myself and father spent over $1500 to prepare for baby and she was unlawfully removed from our care. The monetary damages include an $8,796 2007 Audi Q7 3.6, 4 jobs for father JW, 6 jobs for myself (LB) we are asking for a million dollars from everyone C.A.C state attorney, V.R guardian ad litem, A.B case management, M.H case management, Lutheran family services, Eckerd connects, CPI, P.W and S.S) per suit we are placing against

$1,400 mercedes Benz ml320

them for pain and suffering. We are also suing for my minor son K.G as he ran away 7 days ago and I was informed on social media and an abuse report generated and my son was placed back with SS. I am also asking for a million dollars for my minor son DP breaking his collarbone, being baker acted without my consent or knowledge and being put on psychotropic medication without my consent or knowledge. We are also asking a million dollars for our minor child KW 5 who has spastic diplegic cerebral palsy and now there are false claims of seizures when we called drs office we were not informed of seizures. We are also asking for a million dollars for our other 3 minor children in emotional distress as their rights and ours were violated when they were ripped from us. The reasons we are

entitled to these damages are because we had to invest money and time not only away from our children but we had to pay out of pocket for Random drug tests, pay for motel rooms because we lost jobs so we lost homes. PW jeopardized the stable housing I obtained for my 6 children by violating not only hipaa laws but my rights and taking private court documents (not public records as I still had/have my rights) to my pinellas County housing advisor when we completed a case plan and a program for rapid reunification. Please help us reunify with our children so we can relocate we have been harassed and humilated and violated.

Signed 2 dedicated loving Determined parents

x /Laqueshe Bryant    x Jeremi Witcherd

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 22 OCT 2020

Signature of Plaintiff: *[signature]* / Jeremi Witcherd

Printed Name of Plaintiff: LaQuiesha Bryant / Jeremi Witcherd

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____