UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAQUIESHA BRYANT and
JEREMI WITCHERD, SR.,

    Plaintiffs,
v.                                            CASE NO. 8:20-cv-2478-WFJ-AEP
ANDREW CRIPPEN, *et al.*,

    Defendants.
_____/

## **ORDER**

Before the Court is Plaintiffs' applications to proceed *in forma pauperis* (Dkts. 11, 12) and the amended complaint (Dkt. 10). The magistrate judge issued a thorough and well-reasoned report recommending *in forma pauperis* status be denied and the case be dismissed without leave to amend the complaint again (Dkt. 14). The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge found no basis for federal jurisdiction alleged in the amended complaint and also acknowledged and determined Plaintiffs' request to review a state court's decision concerning child custody proceedings violated the *Rooker-Feldman* doctrine. Dkt. 10 at 3–4. For the reasons explained in the Report and

Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 14) is confirmed, approved, and adopted in all respects and is hereby made a part of this Order.

2. Plaintiffs' motions to proceed *in forma pauperis* (Dkts. 11, 12) are denied.

3. Plaintiffs' amended complaint is dismissed without leave to amend as any further amendment would be futile.

4. The Clerk is directed to close the case.

**DONE AND ORDERED** in Tampa, Florida, on May 27, 2021.

*s/William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record